# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**36**

**CA 11-00595**

PRESENT: SCUDDER, P.J., CARNI, LINDLEY, AND SCONIERS, JJ.

---

DANA JUHASZ, PLAINTIFF-RESPONDENT,

V                                                             MEMORANDUM AND ORDER

STEPHEN JUHASZ, DEFENDANT-APPELLANT.
(APPEAL NO. 1.)

---

KENNEY SHELTON LIPTAK NOWAK LLP, BUFFALO (SHARI JO REICH OF COUNSEL), FOR DEFENDANT-APPELLANT.

HARRIS BEACH PLLC, BUFFALO (KIMBERLY A. COLAIACOVO OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (John F. O'Donnell, J.), entered June 17, 2010. The order, among other things, denied defendant's motion for a downward modification of child support.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same Memorandum as in *Juhasz v Juhasz* ([appeal No. 2] ___ AD3d ___ [Feb. 10, 2012]).

Entered: February 10, 2012                                Frances E. Cafarell
                                                          Clerk of the Court